# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ASHLEY NICOLE JONES,<br><br>Plaintiff,<br><br>-vs-<br><br>EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC, and SYNCHRONY BANK,<br><br>Defendants. | CASE NO. 1:24-cv-03030-TWT-JSA |

## NOTICE OF SETTLEMENT AS TO DEFENDANT, TRANS UNION LLC

COMES NOW Plaintiff, ASHLEY NICOLE JONES, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, TRANS UNION LLC, have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated this 30th day of July, 2024.

/s/Octavio Gomez
Octavio "Tav" Gomez
Florida Bar #:0338620
Georgia Bar #: 617963

1

>Pennsylvania #: 325066
>The Consumer Lawyers, PLLC
>501 E. Kennedy Blvd, Ste 610
>Tampa, Fl 33602
>Cell: (813)299-8537
>Facsimile: (844)951-3933
>Primary Email:
>Tav@theconsumerlawyers.com
>Secondary Email:
>Lisa@theconsumerlawyers.com
>*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 30th day of July, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

>**/s/ Octavio Gomez**
>Octavio "Tav" Gomez
>Georgia Bar #: 617963
>The Consumer Lawyers, PLLC
>*Attorney for Plaintiff*

2