# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ASHLEY NICOLE JONES,<br><br>Plaintiff,<br><br>-vs-<br><br>EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC, and SYNCHRONY BANK,<br><br>Defendants. | CASE NO. 1:24-cv-03030-TWT-JSA |

## NOTICE OF SETTLEMENT AS TO DEFENDANT, EQUIFAX INFORMATION SERVICES LLC

COMES NOW Plaintiff, ASHLEY NICOLE JONES, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, EQUIFAX INFORMATION SERVICES LLC, have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated this 14th day of August, 2024.

/s/Octavio Gomez
Octavio "Tav" Gomez
Florida Bar #:0338620

1

                                                Georgia Bar #: 617963
                                                Pennsylvania #: 325066
                                                The Consumer Lawyers, PLLC
                                                501 E. Kennedy Blvd, Ste 610
                                                Tampa, Fl 33602
                                                Cell: (813)299-8537
                                                Facsimile: (844)951-3933
                                                Primary Email:
                                                Tav@theconsumerlawyers.com
                                                Secondary Email:
                                                Lisa@theconsumerlawyers.com
                                                *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on this 14th day of August, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

                                                **/s/ Octavio Gomez**
                                                Octavio "Tav" Gomez
                                                Georgia Bar #: 617963
                                                The Consumer Lawyers, PLLC
                                                *Attorney for Plaintiff*