# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

ASHLEY NICOLE JONES,

  Plaintiff,

CASE NO.: 1:24-cv-03030-TWT-JSA

v.

EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC, and SYNCHRONY BANK,

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO SYNCHRONY BANK

COMES NOW Plaintiff, ASHLEY NICOLE JONES, and Defendant, SYNCHRONY BANK, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(iii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff, against the Defendant SYNCHRONY BANK, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses. Respectfully submitted this 27th day of November, 2024.

1

| | |
|---|---|
| **/s/Octavio Gomez** | /s/ Monica K. Gilroy |
| Octavio "Tav" Gomez | Monica K. Gilroy |
| Florida Bar #:0338620 | Georgia Bar No. 427520 |
| Georgia Bar #: 617963 | **The Gilroy Firm** |
| Pennsylvania #: 325066 | 1145 Hightower Trail |
| The Consumer Lawyers, PLLC | Atlanta, GA 30350 |
| 501 E Kennedy Blvd, Ste 610 | (678) 280-1922; (678) 280-1923(fax) |
| Tampa, FL 33602 | *Counsel for Defendant Synchrony Bank* |
| Office: (813)299-8537 | |
| Facsimile: (844)951-3933 | |
| Primary Email: Tav@theconsumerlawyers.com | |
| Secondary Email: Lisa@theconsumerlawyers.com | |
| *Attorney for Plaintiff* | |